**Fred E. CHRISTIAN, Plaintiff/Appellant,**

v.

**ST. LOUIS BOARD OF POLICE COMMISSIONERS, et al., Defendants/Respondents.**

No. ED 98469.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 13, 2013.

Frederick E. Christian, St. Louis, MO, pro se.

Karin Krohn Schute, St. Louis, MO, Gloria Jean Loyd Rose, Co–Counsel, Clayton, MO, for Respondents.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA S. VAN AMBURG, J.

### ORDER

PER CURIAM.

Fred E. Christian (Christian) appeals *pro se* from the judgment granting the motion of the St. Louis Board of Police Commissioners, et. al. (Board) for Judgment on the Pleadings, or, Alternatively, for Summary Judgment and dismissing Christian's cause of action with prejudice. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).